**No. 26-7277**

**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

---

PEDRO VASQUEZ PERDOMO, *et al.*,

*Plaintiffs-Appellees*,

vs.

RODNEY S. SCOTT, *et al.*,

*Defendants-Appellants.*

---

On Appeal from the United States District Court for the Central District of California, Case No. 2:25-cv-05605-MEMF-SP
The Hon. Maame Ewusi-Mensah Frimpong

---

# PLAINTIFFS-APPELLEES' RESPONSE TO DEFENDANTS-APPELLANTS' REQUEST FOR ADMINISTRATIVE STAY

---


Mohammad Tajsar
Mayra Joachin
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081
Telephone: (213) 977-5232

Anne Lai
UC IRVINE IMMIGRANT AND RACIAL JUSTICE SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894

Jacob S. Kreilkamp
Sara H. Worth
MUNGER, TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl.
Los Angeles, CA 90071
Telephone: (213) 683-9100

Jeremy S. Kreisberg
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW Suite 500E
Washington, D.C. 20001
(202) 220-1100

*Counsel for Plaintiffs-Appellees*
*Additional counsel listed on next page*

Jessica Karp Bansal
Lauren Michel Wilfong
NATIONAL DAY LABORER ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

Matthew J. Craig
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883

Mark Rosenbaum
Rebecca Brown
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

## RESPONSE TO DEFENDANTS-APPELLANTS' REQUEST FOR ADMINISTRATIVE STAY

In an exhaustive order, the district court entered a preliminary injunction barring Defendants from detaining people for immigration purposes in the Los Angeles area solely because they appear to be Latino or Latino and working class. The government seeks a stay of that injunction and a ruling on its application within three days. There is no justification for Defendants' unsupported (and unsupportable) request for a decision on that timeline. This case involves a voluminous record, with respect to which the district court issued an 84-page order containing detailed factual findings. The Court should ensure a full opportunity to review that record and the district court's decision, with the benefit of adversarial briefing, and not allow Defendants to short-circuit that process. Plaintiffs do not object to a brief administrative stay of that injunction to allow for the orderly disposition of the stay application by this Court.[1]

However, given the irreparable harm to Plaintiffs, Plaintiffs request that the Court enter an expedited briefing schedule to ensure that the administrative stay "last[s] no longer than necessary." *United States v. Texas*, 144 S. Ct. 797, 799 (2024) (Barrett, J., concurring). To that end, Plaintiffs propose that their

---

[1] Although Defendants request a stay of all proceedings below, they seek an administrative stay only as to the "October 23 order." *See* Mot. 22. For avoidance of doubt, Plaintiffs oppose any request to administratively stay all proceedings in the district court.

opposition be due by November 11, 2026, and that any reply be due by November 13, 2026. Plaintiffs further request oral argument on Defendants' request for a stay. That procedure for adjudicating Defendants' stay application would be consistent with the procedure this Court adopted when considering a stay of a temporary restraining order earlier in this litigation.

Respectfully Submitted,

DATED: November 3, 2026 MUNGER, TOLLES & OLSON LLP

By: *\/s\/ Jacob Kreilkamp*
Jacob Kreilkamp
*Counsel for Plaintiffs-Appellees*

DATED: November 3, 2026 ACLU FOUNDATION OF SOUTHERN CALIFORNIA

By: */s/ Mohammad Tajsar*
Mohammad Tajsar
*Counsel for Plaintiffs-Appellees*

DATED: November 3, 2026 UC IRVINE IMMIGRANT AND RACIAL JUSTICE SOLIDARITY CLINIC

By: */s/ Anne Lai*
Anne Lai
*Counsel for Plaintiffs-Appellees*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2026, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Ninth Circuit using the ACMS system.

DATED: November 3, 2026

MUNGER, TOLLES & OLSON LLP

By: *\/s/ Jacob Kreilkamp*

Jacob Kreilkamp
*Counsel for Plaintiffs-Appellees*