**26-7277**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

---

**PEDRO VASQUEZ PERDOMO, *et al.*,**

*Plaintiffs-Appellees,*

*vs.*

**RODNEY S. SCOTT, *et al.*,**

*Defendants-Appellants.*

---

Appeal from United States District Court, Central District of California
Hon. Maame Ewusi-Mensah Frimpong
Case No. 2:25-cv-05605-MEMF-SP

---

## INTERVENORS-APPELLEES' RESPONSE TO DEFENDANTS-APPELLANTS' REQUEST FOR ADMINISTRATIVE STAY

---

Hydee Feldstein Soto
Valerie L. Flores
Michael J. Dundas
**OFFICE OF THE LOS ANGELES CITY ATTORNEY**
City Hall
200 North Spring St., 21st Floor
Los Angeles, CA 90012-4130
hydee.feldsteinsoto@lacity.org
valerie.flores@lacity.org
mike.dundas@lacity.org
(213) 922-8382
*Attorneys for City of Los Angeles*

E. Martin Estrada
Daniel B. Levin
John L. Schwab
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Martin.Estrada@mto.com
Daniel.Levin@mto.com
John.Schwab@mto.com
(213) 683-9100

*Attorneys for Cities of Los Angeles, Anaheim, Bell Gardens, Beverly Hills, Carpinteria, Culver City, Huntington Park, Long Beach, Lynwood, Montebello, Monterey Park, Oxnard, Paramount, Pico Rivera, Pomona, Santa Ana, Santa Barbara, Santa Monica, South Gate, and West Hollywood*

*Additional counsel listed on next page*

Nicole Davis Tinkham
Liliana Campos
Brigit Greeson Alvarez
**OFFICE OF THE LOS ANGELES COUNTY COUNSEL**
648 Kenneth Hahn Hall of Admin.
500 West Temple Street
Los Angeles, CA 90012-2713
ntinkham@counsel.lacounty.gov
lcampos@counsel.lacounty.gov
bgreesonalvarez@counsel.lacounty.gov
(213) 808-8736

*Attorneys for County of Los Angeles*

Michele Beal Bagneris
Arnold F. Lee
**OFFICE OF THE CITY ATTORNEY OF PASADENA**
100 N Garfield Ave., Rm N-210
Pasadena, CA 91101
mbagneris@cityofpasadena.net
aflee@cityofpasadena.net
(626) 744-4141

*Attorneys for City of Pasadena*

**INTERVENORS-APPELLEES' RESPONSE TO DEFENDANTS-APPELLANTS' REQUEST FOR ADMINISTRATIVE STAY**

Intervenors are local governments across the Central District of California whose residents, workers, and public spaces have been subjected to Defendants' immigration enforcement operations. Documenting enforcement on that scale necessarily produced a substantial record, which the district court distilled into an 84-page preliminary injunction order resting on numerous findings of fact. Defendants nonetheless ask the Court to rule on their stay motion by November 6, 2026. A record of this breadth cannot fairly be reviewed in three days, and Defendants have not shown why such a truncated timeline is warranted. The Court should have the benefit of complete adversarial briefing and a full opportunity to review the record.

Intervenors join Plaintiffs' request for an expedited briefing schedule under which oppositions to Defendants' motion are due by November 11, 2026 and any reply is due by November 13, 2026. Intervenors also join Plaintiffs' request for oral argument. *See* Dkt. No. 6.1.

Respectfully Submitted,

DATED: November 4, 2026

*/s/ E. Martin Estrada*

E. Martin Estrada
Martin.Estrada@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100

*Attorneys for Cities of Los Angeles, Anaheim, Bell Gardens, Beverly Hills, Carpinteria, Culver City, Huntington Park, Long Beach, Lynwood, Montebello, Monterey Park, Oxnard, Paramount, Pico Rivera, Pomona, Santa Ana, Santa Barbara, Santa Monica, South Gate, and West Hollywood*

DATED: November 4, 2026

*/s/ Michael J. Dundas*

Hydee Feldstein Soto
Valerie L. Flores
Michael J. Dundas
**OFFICE OF THE LOS ANGELES CITY ATTORNEY**
City Hall
200 North Spring Street, 21st Floor
Los Angeles, CA 90012-4130
hydee.feldsteinsoto@lacity.org
valerie.flores@lacity.org
mike.dundas@lacity.org
(213) 922-8382

*Attorneys for City of Los Angeles*

DATED: November 4, 2026

*/s/ Brigit Greeson Alvarez*

Nicole Davis Tinkham
Liliana Campos
Brigit Greeson Alvarez
**OFFICE OF THE LOS ANGELES COUNTY COUNSEL**
648 Kenneth Hahn Hall of Admin.
500 West Temple Street
Los Angeles, CA 90012-2713
ntinkham@counsel.lacounty.gov
lcampos@counsel.lacounty.gov
bgreesonalvarez@counsel.lacounty.gov
(213) 808-8736

*Attorneys for County of Los Angeles*

DATED: November 4, 2026

*/s/ Arnold F. Lee*

Michele Beal Bagneris
Arnold F. Lee
**OFFICE OF THE CITY ATTORNEY OF PASADENA**
100 N Garfield Ave., Rm N-210
Pasadena, CA 91101
mbagneris@cityofpasadena.net
aflee@cityofpasadena.net
(626) 744-4141

*Attorneys for City of Pasadena*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2026, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Ninth Circuit using the ACMS system.

Dated: November 4, 2026

MUNGER, TOLLES & OLSON LLP

*/s/ E. Martin Estrada*

E. Martin Estrada

*Counsel for Intervenors-Appellees*