UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 6 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JORGE HERNANDEZ VIRAMONTES; et al.,

Plaintiffs - Appellees,

CITY OF LOS ANGELES; et al.,

Intervenor-Plaintiffs - Appellees,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; et al.,

Defendants - Appellants.

No. 26-7277

D.C. No.
2:25-cv-05605-MEMF-SP
Central District of California,
Los Angeles

ORDER

Before: GOULD, BERZON, and SUNG, Circuit Judges.

IT IS ORDERED that the preliminary injunction entered by the district court on October 23, 2026, is temporarily administratively stayed, in accord with the positions of Plaintiffs-Appellees and Defendants-Appellants.[1] Defendants-Appellants' Emergency Motion for a Stay Pending Appeal, Dkt. 5, will be decided in due course.

[1] Plaintiffs-Appellees' unopposed motion for leave to file a Sur-Reply, Dkt. 9, is GRANTED.

Plaintiffs-Appellees' and Intervenor-Plaintiffs-Appellees' Responses to the Emergency Motion for a Stay Pending Appeal shall be filed no later than November 11, 2026. Defendant-Appellants may file their Reply no later than November 16, 2026. The parties are advised that if the Court determines oral argument on the propriety of a stay pending appeal would be useful it will so notify the parties.