UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 13 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JORGE HERNANDEZ VIRAMONTES; et al.,

Plaintiffs - Appellees,

CITY OF LOS ANGELES; et al.,

Intervenor-Plaintiffs - Appellees,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; et al.,

Defendants - Appellants.

No. 26-7277

D.C. No.
2:25-cv-05605-MEMF-SP
Central District of California,
Los Angeles

ORDER

Before: GOULD, BERZON, and SUNG, Circuit Judges.

IT IS ORDERED that, consistent with the joint position of the parties (Dkt. No. 14):

1. Defendants-Appellants' motion for consolidation of Case No. 26-6891 and Case No. 26-7277 (Dkt. No. 12) is withdrawn;
2. The administrative stay (Dkt. No. 11) will extend to 14 days after the Court's issuance of its opinion in Case No. 26-7277;
3. Defendants-Appellants' pending emergency motion for stay (Dkt. No. 5) is withdrawn without prejudice;

4. The briefing schedule entered on November 6, 2026 in Case No. 26-7277 (Dkt. No. 11) is VACATED.
5. Defendants-Appellants' opening brief shall be filed by November 24, 2026. Plaintiffs-Appellees' and Intervenor-Plaintiffs-Appellees' answering briefs shall be filed by December 11, 2026. Appellants' reply brief shall be filed by December 18, 2026.